DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

FEB 1 9 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVIN RYAN HANKS** | **CIVIL ACTION NO. 6:11-cv-1393** |
| **VS.** | **SECTION P** |
| | **JUDGE HAIK** |
| **FREDDIE LAQUE, ET AL.** | **MAGISTRATE JUDGE HILL** |

## PARTIAL JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that plaintiff's civil rights claims against defendants Sergeant Jonathan Lavoi, Sergeant Michael Comeaux and Lieutenant Freddie are **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted in accordance with of 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff's claim against Deputy McCloskey shall remain pending for further proceedings.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 15th day of February, 2013.

_____
RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE